IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| Enicka S. Whicker, | ) |
| Plaintiff, | ) ) ) ) |
| | ) Civil Action No. 2:11-3193 |
| v. | ) ) |
| Science Applications International, | ) **ORDER** |
| | ) ) |
| Defendant. | ) ) |

This matter is before the Court upon Defendant Science Applications International Corporation's partial motion to dismiss. The Plaintiff, who is represented by attorney Blair C. Jennings, filed her complaint on November 22, 2011, alleging (1) assault and battery; (2) negligent supervision; and (3) violation of Title VII of the Civil Rights Act of 1964. The Defendant has moved for dismissal of the Plaintiff's assault and battery and negligent supervision claims.

On September 20, 2012, Magistrate Judge Bruce Howe Hendricks issued a report and recommendation ("R&R"), considering the arguments and recommending that the Court grant the Defendant's motion. Attached to the R&R was a notice advising the Plaintiff of her right to file written objections to the R&R within 14 days of the date of service. To date, no objections have been filed.

Absent timely objection from a dissatisfied party, a district court is not required to review, under a de novo or any other standard, a Magistrate Judge's factual or legal conclusions. Thomas v. Arn, 474 U.S. 140, 150 (1985); Wells v. Shriner's Hosp., 109 F.3d 198, 201 (4th Cir. 1997). Here, because the Plaintiff did not file any specific, written

objections, there are no portions of the R&R to which the Court must conduct a de novo review. Accordingly, it is hereby

**ORDERED** that the R&R (Entry 21) is adopted and incorporated herein, and the Defendant's motion to dismiss the Plaintiff's claims for assault and battery and negligent supervision is **GRANTED**.

**IT IS SO ORDERED.**

Sol Blatt, Jr.
Senior United States District Judge

October 16, 2012
Charleston, South Carolina

